ACCEPTED
01-15-00440-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/19/2015 2:30:41 PM
CHRISTOPHER PRINE
CLERK

**01-15-00440-CV**

_____

**IN THE**
**FIRST COURT OF APPEALS**

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/19/2015 2:30:41 PM

CHRISTOPHER A. PRINE
Clerk

**IN RE ERNEST RAY KOONCE**
*Relator*.

_____

**On Petition for Writ of Mandamus from the**
**127th Judicial District Court**
**Harris County, Texas**
**Cause Number 2010-64752**

_____

**OPPOSED MOTION FOR EXTENSION OF TIME TO FILE WELLS FARGO, AS TRUSTEE'S RESPONSE TO SUPPLEMENTAL PETITION FOR WRIT OF MANDAMUS**

TO THE HONORABLE COURT OF APPEALS:

Respondent, Wells Fargo Bank, N.A., as Trustee Under the Pooling and Servicing Agreement dated as of April 1, 2005, Asset Back Pass-Through Certificates, Series 2005-WHQ ("Wells Fargo, as Trustee"), respectfully files this motion for extension of time to file its Response to Relator Ernest Ray Koonce's ("Koonce") Supplemental Petition for Writ of Mandamus ("Supplemental Petition").

1.     Koonce, who is *pro se*, filed his Supplemental Petition on September 7, 2015.  Wells Fargo, as Trustee filed a motion to strike Koonce's Supplemental Petition on October 23, 2015, arguing the Supplemental Petition should be stricken because numerous issues in the Supplemental Petition and documents attached to the record were not raised or presented in the trial court.  On November 3, 2015, the Court denied Wells Fargo, as Trustee's motion to strike and requested Wells Fargo, as Trustee file a response to Koonce's Supplemental Petition by November 23, 2015.

2.     Wells Fargo, as Trustee seeks a short two-week extension until December 7, 2015 in which to file their response to Koonce's Supplemental Petition.  This is Wells Fargo, as Trustee's first request for an extension of this briefing deadline.

3.     The following grounds provide good cause for extending the time to file the brief.  Counsel for Wells Fargo, as Trustee has been and continues to be engaged in other litigation with imminent deadlines that will prevent them from completing Wells Fargo, as Trustee's response before the deadline, including, *but not limited to*, the following:

- Preparation and attendance at a hearing in Cause No. 9,149, *Jose Zamora and Norma Zamora*, in the 49th Judicial District Court of Zapata County, Texas.  The hearing occurred on November 9, 2015.

- Preparation and attendance at multiple witness interviews in Civil Action No. 3:13-cv-387, *The Dow Chemical Co., et al v. Anglers E & C, f/k/a Fish Engineering & Constr., Inc., et al*, in the United States District Court, Southern District of Texas, Galveston Division. The witness interviews occurred on November 13, 2015 and November 19, 2015, and an additional interview is scheduled to occur on November 23, 2015.

4.      This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare Wells Fargo, as Trustee's response to Koonce's Supplemental Petition.

For these reasons, Wells Fargo, as Trustee respectfully requests that the Court grant an extension of time to file Wells Fargo, as Trustee's response to Koonce's Supplemental Petition until December 7, 2015.

Respectfully submitted,

By: */s/ Valerie Henderson*
**BOBBIE L. STRATTON**
Texas State Bar No. 24051394
**BRADLEY E. CHAMBERS**
Texas State Bar No. 24001860
**VALERIE HENDERSON**
Texas State Bar No. 24078655

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
1301 McKinney, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701

**ATTORNEYS FOR RESPONDENT WELLS FARGO BANK, N.A., AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2005, ASSET BACK PASS-THROUGH CERTIFICATES, SERIES 2005-WHQ2**

## CERTIFICATE OF CONFERENCE

I, Valerie Henderson, conferred with Ernest Ray Koonce, who is *pro se*, on November 19, 2015 to discuss the relief sought in this motion. Mr. Koonce stated he is opposed to the relief sought herein.

*/s/ Valerie Henderson*
Valerie Henderson

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2015, a true and correct copy of the foregoing was sent by U.S. mail, or by electronic service where allowed, as follows:

Mr. Ernest Ray Koonce
15938 Fleetwood Oaks Drive
Houston, Texas 77079
Telephone: (832) 328-7171
rayk469@gmail.com

*/s/ Valerie Henderson*
Valerie Henderson